## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN JEKEL and<br>ERIN OLSOVSKY<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and<br>RAISER, LLC and<br>KAREN LYLES | CIVIL ACTION<br><br>NO. |

### NOTICE OF REMOVAL

Defendant, Karen Lyles by and through her attorneys, Deasey, Mahoney & Valentini, LTD.., hereby removes the above-captioned action, which is presently in the Court of Common Pleas of Philadelphia County, Pennsylvania at October Term 2019 No. 000170  pursuant to 28 U.S.C. §1441 et seq. and in support thereof states as follows:

1.      On October 7, 2019, Plaintiffs commenced this action by filing a Writ of Summons against the Defendants in the above captioned matter in the Court of Common Pleas of Philadelphia County, Pennsylvania  ("the Philadelphia County Action").

2.      Plaintiffs, Keven Jekel and Erin Olsovsky are married adult individuals residing at 2644 Collins Street, Philadelphia, Pennsylvania 19125 and are citizens of the Commonwealth of Pennsylvania.

3.      Defendant, Karen Lyles is an adult individual residing at 215 Labrador Lane, Townsend, Delaware 19734 and is a citizen of the State of Delaware.

4.      Defendant, Uber Technologies, Inc. is a foreign corporation formed in the Republic of California with a principle place of business in San Francisco, California and is therefore a citizen of the Republic of California.

5.      Defendant, Raiser, LLC is a foreign corporation formed in the Republic of California with a principle place of business in San Francisco, California and is therefore a citizen of the Republic of California.

6.      Plaintiff served the Writ of Summons upon Defendant, Karen Lyles by Certified Mail on or about October 11, 2019.  A copy of Plaintiff's Affidavit of Service of Plaintiff's Writ of Summons upon Defendant, Karen Lyles by Certified Mail is attached as Exhibit "1."

7.      On October 29, 2019, Defendant, Karen Lyles filed a Praecipe and Rule upon Plaintiffs, Kevin Jekel and Erin Olsovsky to file a Complaint within twenty (20) days or suffer judgment of non pros.  A copy of Defendant, Karen Lyles's Praecipe for Rule to File Complaint is attached as Exhibit "2."

8.      On October 29, 2019, Plaintiffs filed a Praecipe to Reissue Writ of Summons Filed.  A copy of Defendant, Karen Lyles's Praecipe for Rule to File Complaint is attached as Exhibit "3."

9.      On October 29, 2019, Plaintiffs Writ of Summons was reissued by the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

10.      On December 11, 2019, Plaintiffs filed their Complaint against Defendants in the Philadelphia County action.  A copy of Plaintiff's Complaint is attached as Exhibit "4."

11.      In their Complaint, Plaintiffs allege that on October 3, 2018, Defendant, Karen Lyles was operating a 2015 Nissan Rogue, Delaware license plate #PC126956, while transporting two passengers as a driver for Uber Technologies, Inc. and/or Raiser, LCC near the intersection of Amber Street and Lehigh Avenue in Philadelphia, Pennsylvania. *See*, Exhibit 4 at ¶ 8.

12.     Plaintiffs' Complaint alleges that Defendant, Karen Lyles placed her vehicle in reverse and backed up and struck Plaintiff, Kevin Jekel. *See*, Exhibit 4 at ¶ 9.

13.     Plaintiffs' Complaint alleges that Plaintiff, Kevin Jekel jumped on Defendant, Karen Lyles's hood after the alleged collision and that Defendant, Karen Lyles drove away from the scene with Plaintiff, Kevin Jekel on the hood of her vehicle. *See*, Exhibit 4 at ¶¶ 12 and 13.

14.     Plaintiffs' demand judgment against the Defendants "in a sum in excess of $50,000.00." *See*, Exhibit 4 at Count I, II and III.

15.     Plaintiffs allege that as a result of the accident, Plaintiff, Kevin Jekel sustained a closed head injury. *See*, Exhibit 4 at ¶ 16.

16.     Plaintiffs aver that Plaintiff, Kevel Jekel sustained a stress fracture. *See*, Exhibit 4 at ¶ 16.

17.     Plaintiffs further allege that Plaintiff, Keven Jekel suffers from radiculopathy and severe shock to his nerves and nervous system. *See*, Exhibit 4 at ¶ 16.

18.     Plaintiffs claim that Plaintiff, Kevin Jekel suffered disc protrusions and herniations. *See*, Exhibit 4 at ¶ 16.

19.     Plaintiffs' Complaint alleges that Plaintiff, Kevin Jekel sustained bilateral leg injuries. *See*, Exhibit 4 at ¶ 16.

20.     Plaintiffs aver that Plaintiff, Kevin Jekel sustained musculoskeletal sprains and strains, and road rash abrasions and contusions, as a result of the incident. *See*, Exhibit 4 at ¶ 16.

21.     Plaintiffs' Complaint states that the above mentioned injuries are severe and permanent. *See*, Exhibit 4 at ¶ 16.

22.     On January 8, 2020, undersigned contacted Plaintiff's counsel in order to request a stipulation that damages in the above captioned matter do not exceed $75,000.

23.     On January 8, 2020, Plaintiff's counsel orally refused to stipulate that damages in the above captioned matter do not exceed $75,000.

24.     Based upon the damages alleged and Plaintiff's counsel's refusal to stipulate that damages do not exceed $75,000.00, Defendant believes and avers that Mr. Jekel's damages exceed $75,000.00.

25.     This Notice is being filed within thirty days after Defendants received Plaintiffs' Complaint, and within one year of the institution of Plaintiffs' suit, in compliance with 28 U.S.C. §1446(b)(3) and (c).

26.     Counsel has consulted with counsel for Co-Defendants, Uber Technologies, Inc. and Raiser, LLC and Co-Defendants consent to the removal of this matter.   Email correspondence with counsel for Co-Defendants, Uber Technologies, Inc. and Raiser, LLC consenting to removal of this matter is attached as Exhibit "5."

27.    As all of the parties to this action are diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and this case may be removed to this Court by this Defendant pursuant to the of 28 U.S.C. §1441 and §1446.

**WHEREFORE**, Defendant, Karen Lyles respectfully requests that the Philadelphia County action be removed to this Honorable Court.

**JURY TRIAL IS DEMANDED**

Respectfully submitted,

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY: _____

FRANCIS J. DEASEY, ESQUIRE
HENRI MARCEL, ESQUIRE
BRIAN M. PEREZ, ESQUIRE
MATTHEW R. MELLON, ESQUIRE
Attorneys for Answering Defendant,
Karen Lyles

Dated: 1|8|2020

**DEASEY, MAHONEY & VALENTINI, LTD.**
By:    FRANCIS J. DEASEY, ESQUIRE
         HENRI MARCEL, ESQUIRE
         BRIAN M. PEREZ, ESQUIRE
         MATTHEW R. MELLON. ESQUIRE
         Attorney I.D. Nos. 25699/62815/207384/323087
1601 Market Street, Suite 3400                                            *Attorneys for Answering Defendant,*
Philadelphia, PA  19103-2301                                              *Karen Lyles*
(215) 587-9400 – Office
(215) 587-9456 – Facsimile
745.27482

| | |
|---|---|
| KEVIN JEKEL and<br>ERIN OLSOVSKY<br>v.<br>UBER TECHNOLOGIES, INC. and<br> RAISER, LCC and<br>KAREN LYLES | COURT OF COMMON PLEAS<br>PHILADELPHIA, COUNTY<br>OCTOBER TERM, 2019<br>NO. 000170 |

## <u>NOTICE TO PLAINTIFF</u>

TO:    Joseph Monaco, Esquire
         Kane & Silverman
         2401 Pennsylvania Avenue, Suite 1A-5
         Philadelphia, PA  19130

Please take notice that Defendant, Karen Lyles has filed a Notice of Removal in the United States District Court for the Eastern District of Pennsylvania, removing this civil action now pending in the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. §1441, <u>et seq.</u>  Also, please take notice that Defendant has filed in the United States District Court for the Eastern District of Pennsylvania a copy of the Complaint served upon it which was filed in the Court of Common Pleas of Philadelphia County.

Copies of this Notice of Removal and Complaint are attached to this Notice and along with this Notice are being served upon you.

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY_____
         MATTHEW R. MELLON, ESQUIRE
         Counsel for Defendant,
         Karen Lyles

Date:  _1/8/2020_

**DEASEY, MAHONEY & VALENTINI, LTD.**
By:    FRANCIS J. DEASEY, ESQUIRE
       HENRI MARCEL, ESQUIRE
       BRIAN M. PEREZ, ESQUIRE
       MATTHEW R. MELLON. ESQUIRE
       Attorney I.D. Nos. 25699/62815/207384/323087
1601 Market Street, Suite 3400                          *Attorneys for Answering Defendant,*
Philadelphia, PA  19103-2301                            *Karen Lyles*
(215) 587-9400 – Office
(215) 587-9456 – Facsimile
745.27482

| KEVIN JEKEL and | COURT OF COMMON PLEAS |
| ERIN OLSOVSKY | PHILADELPHIA, COUNTY |
| v. | OCTOBER TERM, 2019 |
| UBER TECHNOLOGIES, INC. and | NO. 000170 |
| RAISER, LCC and | |
| KAREN LYLES | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, a copy of the foregoing Praecipe to File Notice

of Removal was mailed first-class, postage prepaid, to counsel for Plaintiffs at the following

address:

Joseph Monaco, Esquire
Kane & Silverman
2401 Pennsylvania Avenue, Suite 1A-5
Philadelphia, PA  19130

Fred J. Lorusso, Esquire
Goldberg Segalla
1700 Market Street, Suite 1418
Philadelphia, PA 19103-3907

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY_____
       MATTHEW R. MELLON, ESQUIRE
       Counsel for Defendant,
       Karen Lyles

**DEASEY, MAHONEY & VALENTINI, LTD.**
By:     FRANCIS J. DEASEY, ESQUIRE
           HENRI MARCEL, ESQUIRE
           BRIAN M. PEREZ, ESQUIRE
           MATTHEW R. MELLON. ESQUIRE
           Attorney I.D. Nos. 25699/62815/207384/323087
1601 Market Street, Suite 3400                          *Attorneys for Answering Defendant,*
Philadelphia, PA  19103-2301                            *Karen Lyles*
(215) 587-9400 – Office
(215) 587-9456 – Facsimile
745.27482

| | |
|---|---|
| KEVIN JEKEL and<br>ERIN OLSOVSKY<br>v.<br>UBER TECHNOLOGIES, INC. and<br>RAISER, LCC and<br>KAREN LYLES | COURT OF COMMON PLEAS<br>PHILADELPHIA, COUNTY<br>OCTOBER TERM, 2019<br>NO. 000170 |

## PRAECIPE TO FILE NOTICE OF REMOVAL

TO THE PROTHONOTARY:

Kindly file the attached copy of the Notice of Removal, the original of which was filed

with the Clerk of the United States District Court for the Eastern District of Pennsylvania on

January 10, 2020.  This Notice of Removal was filed pursuant to 28 U.S.C. §1446(d).

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY_____
           MATTHEW R. MELLON, ESQUIRE
           Counsel for Defendant,
           Karen Lyles

Date:   1/8/2020

# EXHIBIT 1

206362
**KANE & SILVERMAN, P.C.**
By: Joseph Monaco, Esquire
Identification No.: 56123
Suite 1-A-5
2401 Pennsylvania Avenue
Philadelphia, PA 19130
(215) 232-1000
jmonaco@palegaladvice.com

**Attorney for Plaintiff**

Filed and Attested by the
Office of Judicial Records
29 OCT 2019 12:13 pm
M. RUSSO

| | | |
|---|---|---|
| KEVIN JEKEL | : | **COURT OF COMMON PLEAS** |
| and | : | **PHILADELPHIA COUNTY** |
| ERIN OLSOVSKY | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| UBER TECHNOLOGIES, | : | |
| | : | **No. 191000170** |
| RAISER, LLC | : | |
| and | : | |
| KAREN LYLES | : | |
| Defendants | : | |

## AFFIDAVIT OF SERVICE KAREN LYLES

TO THE PROTHONOTARY:

I, Joseph Monaco, Esquire, being duly sworn according to law depose and say that on October 8, 2019, I forwarded a true and correct copy of the Praecipe and Writ of Summons to Defendant, Karen Lyles, by Certified Mail with Return Receipt Requested. Said Defendant was served on or about October 11, 2019. Attached are copies of the cover letter and signed CMRRR green card.

**KANE & SILVERMAN, P.C.**

Date: <u>October 29, 2019</u>

By: _____/s/_____
      Joseph Monaco, Esquire
      Attorney for Plaintiff



KANE &
SILVERMAN P.C.

Joseph Monaco, Esquire
Member of PA & NJ Bar

D 215-599-6544
F 215-232-0181
E JMonaco@PaLegalAdvice.com

October 8, 2019

*Via Certified Mail 7018 1830 0002 2629 6186*
*Return Receipt Requested*
KAREN LYLES
215 Labrador Lane
Townsend, DE 19734

Re:   Kevin Jekel and Erin Olsovsky v. Uber Technologies et al.
      Philadelphia County, CCP No. 1910000170
      Our File No. 206362

Dear Sir/Madam:

Please note that a Writ of Summons was filed in the Philadelphia County Court of Common Pleas being No. 191000170.

You have been sued in Court and if you wish to defend against the claim as set forth in the Complaint, you must take action within twenty (20) days from the date of this letter. If you fail to have a written appearance personally or by an attorney filed in writing with the Court, you may lose your money, property or other rights important to you.

Take the enclosed papers to your lawyer at once; if you do not have a lawyer or cannot afford one, go to or telephone your local Lawyer Reference Service.

If you were insured as of the date of the accident, October 3, 2018, send these papers to your liability insurance carrier so that they can enter a written appearance on your behalf.

Very truly yours,
KANE & SILVERMAN, P.C.

By: Joseph Monaco, Esq.

JM/smr
Enclosure

Case ID: 191000170

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

KAREN LYLES
215 Labrador Lane
Townsend, DE 19734

9590 9402 5237 9122 0146 24

2. Article Number (Transfer from service label)

7018 1830 0002 2629 6186

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
                        certified Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Return Receipt for
  Merchandise
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt

# EXHIBIT 2

**DEASEY, MAHONEY & VALENTINI, LTD.**
By:     FRANCIS J. DEASEY, ESQUIRE
        Attorney I.D. No. 25699
1601 Market Street, Suite 3400
Philadelphia, PA  19103-2301
(215) 587-9400 – Office
(215) 587-9456 -- Facsimile

*Attorneys for Defendant*
*Karen Lyles*

Filed and Attested by the
Office of Judicial Records
29 OCT 2019 12:15 pm
M. RUSSO

| | |
|---|---|
| KEVIN JEKEL and | : COURT OF COMMON PLEAS |
| ERIN OLSOVSKY | : PHILADELPHIA COUNTY |
| | : |
| Plaintiff, | : OCTOBER TERM, 2019 |
| v. | : |
| | : No.  000170 |
| UBER TECHNOLOGIES, et al. | : |
| | : |
| Defendants. | : **JURY TRIAL DEMANDED** |

### PRACEIPE FOR RULE TO FILE COMPLAINT

TO THE PROTHONOTARY:

Kindly issue a Rule upon Plaintiff to file a Complaint in the above matter within thirty (30) days after the date of service of the Rule or suffer the entry of judgment of non-pros.

**DEASEY, MAHONEY & VALENTINI, LTD.**

By: _____
        FRANCIS J. DEASEY, ESQUIRE

### RULE TO FILE COMPLAINT

TO:     Plaintiff

You are notified that a Rule is hereby entered upon you to file a Complaint within thirty (30) days after the date of service of this Rule upon you.  If you do not file a Complaint within this time, a JUDGMENT OF NON PROS will be entered against you.

BY: _____

Dated: _____

        Prothonotary

        _____

        Clerk

191000170
29 OCT 2019 12:15 pm
M. RUSSO

Case ID: 19100017

**DEASEY, MAHONEY & VALENTINI, LTD.**
By:    FRANCIS J. DEASEY, ESQUIRE        *Attorneys for Defendant*
        Attorney I.D. No. 25699                *Karen Lyles*
1601 Market Street, Suite 3400
Philadelphia, PA 19103-2301
(215) 587-9400 – Office
(215) 587-9456 – Facsimile

| | |
|---|---|
| KEVIN JEKEL and<br>ERIN OLSOVSKY | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY |
|             Plaintiff, | :<br>: OCTOBER TERM, 2019 |
| v. | :<br>: No. 000170 |
| UBER TECHNOLOGIES, et al. | :<br>: |
|             Defendants. | : **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

    I, Francis J. Deasey, Esquire, attorney for Defendant, Karen Lyles, hereby certify that a true and correct copy of within Praecipe for Rule to File Complaint was served upon the following individual via U.S. First Class Mail this 29th day of October, 2019:

Joseph Monaco, Esquire
Kane & Silverman
2401 Pennsylvania Avenue
Suite 1A-5
Philadelphia PA 19130

Respectfully submitted,

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY:        _____
           FRANCIS J. DEASEY, ESQUIRE

# EXHIBIT 3

206362
**KANE & SILVERMAN, P.C.**                              **Attorney for Plaintiff**
By: Joseph Monaco, Esquire
Identification No.: 56123
Suite 1-A-5
2401 Pennsylvania Avenue
Philadelphia, PA 19130
(215) 232-1000
jmonaco@palegaladvice.com

Filed and Attested by the
Office of Judicial Records
29 OCT 2019 12:53 pm
M. RUSSO

| | | |
|---|---|---|
| KEVIN JEKEL | : | **COURT OF COMMON PLEAS** |
| and | : | **PHILADELPHIA COUNTY** |
| ERIN OLSOVSKY | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| UBER TECHNOLOGIES, | : | |
| | : | **No. 191000170** |
| RAISER, LLC | : | |
| and | : | |
| KAREN LYLES | : | |
| Defendants | : | |

---

## PRAECIPE TO REISSUE WRIT OF SUMMONS
## 2V MOTOR VEHICLE

TO THE PROTHONOTARY:

Please reissue a Writ of Summons on behalf of the Plaintiffs and against the Defendants

in the above matter.

                                **KANE & SILVERMAN, P.C.**


Date: October 29, 2019                 By: _____/s/_____
                                           Joseph Monaco, Esquire
                                           Attorney for Plaintiff

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
| --- |
| **OCTOBER 2019** |
| E-Filing Number: 1910015615 |
| **000170** |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| KEVIN JEKEL | UBER TECHNOLOGIES |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| 2644 COLLINS STREET<br>PHILADELPHIA PA 19125 | 405 HOWARD STREET<br>SAN FRANCISCO CA 94105 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| ERIN OLSOVSKY | RAISER,LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| 2644 COLLINS STREET<br>PHILADELPHIA PA 19125 | 1455 MARKET STREET<br>SAN FRANCISCO CA 94105 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| | KAREN LYLES |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| | 215 LABRADOR LANE<br>TOWNSEND DE 19734 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
| --- | --- | --- |
| 2 | 3 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
| --- | --- | --- | --- | --- |
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE |
| --- |
| 2V - MOTOR VEHICLE ACCIDENT |

| STATUTORY BASIS FOR CAUSE OF ACTION |
| --- |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
| --- | --- | --- |
| | **FILED**<br>**PRO PROTHY**<br><br>OCT **07** 2019<br><br>**A. SILIGRINI** | YES     NO |

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>KEVIN JEKEL , ERIN OLSOVSKY</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
| --- | --- |
| JOSEPH MONACO | KANE & SILVERMAN<br>2401 PENNSYLVANIA  AVENUE<br>SUITE 1A-5<br>PHILADELPHIA PA 19130 |

| PHONE NUMBER | FAX NUMBER | |
| --- | --- | --- |
| (215)232-1000 | (215)232-0181 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
| --- | --- |
| 56123 | jmonaco@palegaladvice.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
| --- | --- |
| JOSEPH MONACO | Monday, October 07, 2019, 11:56 am |

Case ID: 19100017

206362
**KANE & SILVERMAN, P.C.**
By: Joseph Monaco, Esquire
Identification No.: 56123
Suite 1-A-5
2401 Pennsylvania Avenue
Philadelphia, PA 19130
(215) 232-1000
jmonaco@palegaladvice.com

**Attorney for Plaintiff**

*Filed and Attested by the Office of Judicial Records 07 OCT 2019 11:56 am SILVERINI*

ASSESSMENT OF
DAMAGES HEARING IS REQUIRED
THIS IS A MAJOR JURY MATTER

| | | |
|---|---|---|
| KEVIN JEKEL<br>2644 Collins Street<br>Philadelphia, PA 19125<br>and<br>ERIN OLSOVSKY<br>2644 Collins Street<br>Philadelphia, PA 19125<br>       Plaintiffs<br><br>   v.<br><br>UBER TECHNOLOGIES,<br>405 Howard Street<br>San Francisco, CA 94105<br><br>RAISER, LLC<br>1455 Market Street<br>San Francisco, CA 94103<br>and<br>KAREN LYLES<br>215 Labrador Lane<br>Townsend, DE 19734<br>       Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY**<br><br><br><br><br><br><br><br><br>**No.**   191000170 |

## PRAECIPE TO ISSUE WRIT OF SUMMONS
## 2V MOTOR VEHICLE

TO THE PROTHONOTARY:

    Please issue a Writ of Summons on behalf of the Plaintiffs and against the Defendants in

the above matter.

                                      **KANE & SILVERMAN, P.C.**

Date: October 7, 2019          By: _____/s/_____
                                     Joseph Monaco, Esquire
                                     Attorney for Plaintiff

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | |
|---|---|
| KEVIN JEKEL and ERIN OLSOVSKY | COURT OF COMMON PLEAS |
| *Plaintiff* | |
| | _____ Term, 20_____ |
| vs. | |
| | No._____ **191000170** |
| UBER TECHNOLOGIES et al. | |
| *Defendant* | |

To¹

UBER TECHNOLOGIES,

RAISER, LLC and

KAREN LYLES

# **Writ of Summons**

You are notified that the Plaintiff²
*Usted esta avisado que el demandante*

KEVIN JEKEL and ERIN OLSOVSKY

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Record*

By: _____

Date: 10/07/2019

10-208 (Rev. 6/14)

¹ Name(s) of Defendant(s)
² Name(s) of Plaintiff(s)

Case ID: 191000170

# Court of Common Pleas

_____ Term, 20 _____

No. _____

KEVIN JEKEL and ERIN OLSOVSKY

*Plaintiff*

vs.

UBER TECHNOLOGIES et al.

*Defendant*

# SUMMONS

# EXHIBIT 4

206362
KANE & SILVERMAN, P.C.
By: Joseph Monaco, Esquire
Identification No.: 56123
Suite 1-A-5
2401 Pennsylvania Avenue
Philadelphia, PA 19130
(215) 232-1000
jmonaco@palegaladvice.com

*Filed and Attested by the Office of Judicial Records 11 DEC 2019 02:59 pm*

Attorneys for Plaintiffs

| | | | |
|---|---|---|---|
| KEVIN JEKEL | and | : | COURT OF COMMON PLEAS |
| ERIN OLSOVSKY | | : | PHILADELPHIA COUNTY |
| | Plaintiffs | : | |
| v. | | : | CIVIL NO. 191000170 |
| | | : | |
| UBER TECHNOLOGIES, INC. | | : | |
| RAISER, LLC | and | : | |
| KAREN LYLES | | : | |
| | Defendants | : | |

CIVIL ACTION
2V Motor Vehicle Accident

NOTICE : AVISO

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, PA 19107
(215) 238-1701

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en as paginas siguientes, usted tiene veinte (20) dias, de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en personal o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Se avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONAL O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA E INFORMATION LEGAL
One Reading Center
Filadelfia, PA 19107
(215) 238-1701

Civil Action Complaint

1.      Plaintiffs Kevin Jekel and Erin Olsovsky are married adult individuals residing at 2644 Collins Street, Philadelphia, Pennsylvania 19125.

2.      Defendant Uber Technologies, Inc. is an entity of unknown origin with a place of business located at 1455 Market Street, Suite 400, San Francisco, California 94105.

3.      Defendant Raiser, LLC is an entity of unknown origin with a place of business located at 1455 Market Street, Suite 400, San Francisco, California 94105.

4.      Defendant Karen Lyles is an adult individual residing at 215 Labrador Lane, Townsend, Delaware 19734.

5.      At all times material hereto, Defendants acted and/or failed to act individually, jointly, and/or severally by and through their authorized agents, workers, employees and/or servants.

6.      At all times relevant hereto, Karen Lyles was a duly authorized agent, worker, servant and/or employee of Defendants Uber Technologies, Inc. and/or Raiser, LLC and was acting within the scope and course of her employment.

7.      Prior to being hired by Defendants, Uber Technologies, Inc. and/or Raiser, LLC, Defendant Karen Lyles had an unsafe and irresponsible driving history.

8.      On October 3, 2018, Defendant Karen Lyles was operating a 2015 Nissan Rogue, Delaware license plate #PC126956, while transporting two passengers as a driver for Uber Technologies, Inc. and/or Raiser, LLC near the intersection of Amber Street and Lehigh Avenue in Philadelphia, Pennsylvania.

9.      While stopped at a stop sign on Amber Street at the T- intersection of Lehigh Avenue and beyond the clearly marked stop line and crosswalk, Defendant Karen Lyles placed her vehicle in reverse and without looking and keeping a proper lookout, backed up and struck Plaintiff Kevin Jekel, who was stopped on his motorcycle directly behind the vehicle operated by Defendant Karen Lyles.

10.     When Defendant Karen Lyles' vehicle struck the motorcycle being operating by Plaintiff, her vehicle caused damage to the motorcycle and caused the motorcycle to fall onto Plaintiff and then onto the ground.

11.     While Plaintiff Kevin Jekel was attempting  to gather information from Defendant and call for police assistance, Defendant Karen Lyles attempted to flee the scene of the accident by getting into the driver's seat of her vehicle, placing the vehicle in drive and beginning to drive away.

12.     Plaintiff Kevin Jekel attempted to prevent Defendant Karen Lyles from driving away by holding onto her car and then fearing for his life, jumped on the hood of her car.

13.     Instead of stopping and remaining at the scene of the accident as required by law, Defendant Karen Lyles drove off at a high and extremely dangerous rate of speed with Plaintiff on the hood of her car.

14.     Defendant Karen Lyles drove an entire city block at a high and extremely dangerous rate of speed with Plaintiff on the hood of her vehicle before Plaintiff fell off and landed upon the ground.

15.     Defendant Karen Lyles fled the scene and never returned, nor did she report the accident to law enforcement.

16.     By reason of the aforesaid and as a direct result thereof, Plaintiff Kevin Jekel sustained serious, severe and permanent physical injuries in and about the person, more particularly: musculoskeletal sprains and strains, bilateral leg injuries, numerous road rash abrasions and contusions about the body, stress fracture, closed head injury, radiculopathy, dis protrusions and herniations, a severe shock to his nerves and nervous system and he was otherwise injured.

17.     By reason of the aforesaid and as a direct result thereof, the Plaintiff has incurred medical expenses for the treatment of said injuries and may incur additional medical expenses into the future.

18.     By reason of the aforesaid and as a direct result thereof, Plaintiff has suffered physical pain, mental anguish, loss of life's pleasures and humiliation, and may continue to suffer same for an indefinite period of time into the future.

19.     By reason of the aforesaid and as a direct result thereof, the Plaintiff has been unable and/or limited in performing customary, daily physical activities, all of which may be to great financial damage and loss.

Count 1
Plaintiff Kevin Jekel v. Defendants

20.     Plaintiffs incorporate by reference the preceding paragraphs as though set fully forth herein at length.

21.     The aforesaid occurrence was due entirely to the improper actions of Defendants and consists of the following:

     a.     Failure to have said motor vehicle under proper and adequate control;

     b.     Operating said motor vehicle at a dangerous rate of speed under the circumstances;

    c.      Failure to observe surrounding traffic conditions;

    d.      Fleeing the scene of an accident;

    e.      Operating said vehicle with a person on the hood; and

    f.      Failure to properly maintenance of said motor vehicle.

WHEREFORE, Plaintiff demands judgment against the Defendant in a sum in excess of $50,000.00.

### Count 2
### Plaintiff Kevin Jekel v. Uber Technologies, Inc. and Raiser, LLC

22.    Plaintiffs incorporate by reference the preceding paragraphs as though set fully forth herein at length.

23.    At all times material hereto, Defendants Uber Technologies, Inc. and/or Raiser LLC held out Defendant Karen Lyles as their agent, worker, employee and/or servant by their words and conduct necessary to impose vicarious liability upon said Defendants for the aforesaid actions and inactions of Defendant Karen Lyles, while acting within the scope and course of her employment with said Defendants.

24.    At all times relevant hereto, Defendants Uber Technologies, Inc. and/or Raiser LLC, upon information and belief, exercised and retained sufficient control over Defendant Karen Lyles to establish a principal-agent relationship necessary to impose vicarious liability upon said Defendants for the aforesaid actions and inactions of Defendant Karen Lyles.

25.   Defendants Uber Technologies, Inc. and/or Raiser LLC failed to properly screen, investigate, hire, train, monitor and/or supervise Defendant Karen Lyles before and/or while she was entrusted with authority to operate a transportation service on their behalf upon the roadways of the Commonwealth of Pennsylvania and in doing so failed to exercise reasonable care to employ a competent and law-abiding contractor to do work that involved a risk of physical harm to other motorists and pedestrians unless the service was skillfully and carefully done or perform a duty which the Defendants owed to third persons, particularly other motorists and pedestrians on the roadway, including Plaintiff Kevin Jekel.

26.   Defendants Uber Technologies, Inc. and/or Raiser LLC failed to exercise reasonable care in their hiring and retention procedures of Defendant Karen Lyles in that said Defendants knew, or by the exercise of reasonable care, should have known, of Defendant Lyles' history of unsafe and irresponsible driving behavior.

27.   By reason of the aforesaid and as a direct result thereof, the Plaintiff has suffered the harm and damages herein set forth.

WHEREFORE, Plaintiff demands judgment against the Defendant in a sum in excess of $50,000.00.

### Count 3
### Plaintiff Erin Olsovsky v. Defendants

28.   Plaintiffs incorporate by reference the preceding paragraphs as though set fully forth herein at length.

29.   At all times material hereto, Plaintiffs have been married.

30.    By reason of the aforesaid and as a direct result thereof, Plaintiff Erin Olsovsky lost in the past and will continue to lose into the future, the companionship, affection, society, comfort and services of her husband, Plaintiff Kevin Jekel.

WHEREFORE, Plaintiff demands judgment against the Defendant in a sum in excess of $50,000.00.

KANE & SILVERMAN, PC

By:_____
        Joseph Monaco, Esquire
        Attorney for Plaintiff(s)

## VERIFICATION

Kevin Jekel, states that he is the plaintiff in the above action and verifies that the statements made in the foregoing pleading are true and correct to the best of his knowledge, information and belief.  He understands that the statements therein are made subject to the penalties of 18 PA. C.S., Section 4904, relating to unsworn falsification to authorities.

Kevin Jekel

Dated: _Nov 9 2019_

Case ID: 19100017

# EXHIBIT 5

## Brian M. Perez

| | |
|---|---|
| **From:** | Lorusso, J. Fred <florusso@goldbergsegalla.com> |
| **Sent:** | Wednesday, January 08, 2020 2:02 PM |
| **To:** | Brian M. Perez |
| **Subject:** | RE: Jekel/Oslovsky v. Uber et al |

Hi Brian,

Defendants Uber Technologies, Inc. and Rasier, LLC consent to the removal.  Please let me know if you need any additional information.

Thanks,

Fred


### J. Fred Lorusso, Esq.  |  Partner

1700 Market Street, Suite 1418  |  Philadelphia, PA 19103-3907
MAIL PO Box 360, Buffalo, NY 14201
DIRECT 267.519.6843  |  EXT 6843  |  FAX 267.519.6801  |  MOBILE 267.418.6712
florusso@goldbergsegalla.com  |  Biography
www.goldbergsegalla.com



Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

**From:** Brian M. Perez <BPerez@dmvlawfirm.com>
**Sent:** Wednesday, January 8, 2020 11:21 AM
**To:** Lorusso, J. Fred <florusso@goldbergsegalla.com>
**Cc:** Brian M. Perez <BPerez@dmvlawfirm.com>
**Subject:** Jekel/Oslovsky v. Uber et al

**ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.**

Fred:

1

As we discussed, can you please confirm in writing by responding to this email that Uber Technologies, Inc., and Raiser, LLC consent to removing the matter to the Eastern District of PA.

Thank you

Brian

Brian Perez, Esquire



1601 Market Street, Suite 3400
Philadelphia, PA  19103-2301
☎  215.587.9400 Ext. 1139
📠  215.587.9456
✉  BPerez@DMVlawfirm.com
🖥  www.DMVlawfirm.com

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments.  Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Case 2:20-cv-00154-AB   Document 1   Filed 01/08/20   Page 35 of 37

20   1517

## I. (a) PLAINTIFFS
Kevin Jekel and Erin Olsovsky

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph Monaco, Esquire
Kane & Silverman, P.C., Ste. 1-A-5, 2401 Pennsylvania Ave
Phila , PA 19130 (215) 232-1000

## DEFENDANTS
Uber Technologies, Inc.
Raiser, LLC
Karen Lyles

County of Residence of First Listed Defendant   San Francisco, CA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*
Brian M. Perez, Esquire
Deasey Mahoney & Valentini Ltd , 1601 MARKET ., Ste. 3400
Philadelphia, PA 19103-2301  (215) 587-9400

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U S Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 2  U S Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff, and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for  Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | ❏ 820 Copyrights | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 830 Patent | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 840 Trademark | ❏ 460 Deportation |
| | | | **LABOR** | **SOCIAL SECURITY** | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 891 Agricultural Acts |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U S Plaintiff or Defendant) | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS-Third Party 26 USC 7609 | ❏ 895 Freedom of Information Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | ❏ 896 Arbitration |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 245 Tort Product Liability | ❏ 445 Amer w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 950 Constitutionality of State Statutes |
| ❏ 290 All Other Real Property | ❏ 446 Amer w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ❏ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
28 U.S.C. 1441
Brief description of cause
Motor Vehicle Accident

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

**DEMAND $**  IN EXCESS of $50,000.00

CHECK YES only if demanded in complaint
**JURY DEMAND:**  ☒ Yes  ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

JAN - 8 2020

DATE  1/8/2020
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG JUDGE_____



**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**20  1514**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 2644 Collins Street, Philadelphia, PA 19125 _____

Address of Defendant: _____ 215 Labrador Lane, Townsend, DE 94105 _____

Place of Accident, Incident or Transaction: _____ Philadelphia, PA _____

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

| | | | |
|---|---|---|---|
| 1 | Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? | Yes ☐ | No ✔ |
| 2 | Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? | Yes ☐ | No ✔ |
| 3 | Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? | Yes ☐ | No ✔ |
| 4. | Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? | Yes ☐ | No ✔ |

I certify that, to my knowledge, the within case ☐ is / ☑ is **not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE 01/08/2020 _____  207384
_____  _____
Attorney-at-Law / Pro Se Plaintiff           Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A.  Federal Question Cases:**

☐ 1   Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2   FELA
☐ 3   Jones Act-Personal Injury
☐ 4   Antitrust
☐ 5   Patent
☐ 6   Labor-Management Relations
☐ 7   Civil Rights
☐ 8   Habeas Corpus
☐ 9   Securities Act(s) Cases
☐ 10  Social Security Review Cases
☐ 11  All other Federal Question Cases
      *(Please specify)* _____

**B.  Diversity Jurisdiction Cases:**

☑ 1.  Insurance Contract and Other Contracts
☐ 2.  Airplane Personal Injury
☐ 3.  Assault, Defamation
☐ 4.  Marine Personal Injury
☑ 5.  Motor Vehicle Personal Injury
☐ 6.  Other Personal Injury *(Please specify)* _____
☐ 7.  Products Liability
☐ 8.  Products Liability – Asbestos
☑ 9.  All other Diversity Cases
      *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ Brian M. Perez _____, counsel of record or pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☐ Relief other than monetary damages is sought.

DATE 01/08/2020 _____  207384
_____  _____
Attorney-at-Law / Pro Se Plaintiff           Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**FJAN - 8 2020**



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Kevin Jekel and Erin Olsovsky | : | CIVIL ACTION |
| v. | : | |
| Uber Technologies, Inc. | : | **20      151** |
| Raiser, LLC | : | NO. |
| Karen Lyles | | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                     ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                                 ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                                                                            ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.             ( )


| | | |
|---|---|---|
| 01/08/2020 | | Karen Lyles |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 587-9400 | (215) 597-9456 | BPEREZ@DMVLAWFIRM.COM |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

JAN - 8 2020